

**NUMBER 13-19-00406-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.E.J. AND V.N.J., MINOR CHILDREN

On Appellee's Second Motion for Extension of Time to File Brief.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

This is an appeal of a final order terminating parental rights. The brief of appellee, the Texas Department of Family and Protective Services, was due to be filed on December 4, 2019. We granted appellee's first motion for extension of time and extended the deadline for filing the brief until December 30, 2019. Appellee has now filed a second motion for extension of time, seeking ten additional days to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, it is the policy of this Court to limit extensions of time to file a brief in such cases to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

In the interest of justice and in light of the circumstances, we GRANT IN PART appellee's second motion for extension of time and ORDER appellee's brief to be filed before 5:00 p.m. on Friday, January 3, 2020. Further motions for extension of time will not be entertained.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 2nd
day of January, 2020.

2